| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 1:10CR03375-001MCA |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |
| | 3:13-00200-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | New Mexico | |
| Krystal Lopez | NAME OF SENTENCING JUDGE | |
| | Honorable M. Christina Armijo, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/26/2012 | TO 11/25/2014 |

OFFENSE

Possession with Intent to Distribute Marijuana in violation of 21 U.S.C. § 841(b)(1)(D)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___ New Mexico ___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Middle District of Tennessee- Nashville Division__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_12/20/12_  
Date

_[signature]_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Tennessee- Nashville Division___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_10-9-13_  
Effective Date

_[signature]_  
United States District Judge